**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

### GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARY MORENCY | ) | CASE NO. 26-10136 |
| | ) | |
| | ) | |
| Debtors | ) | CHAPTER 13 |
| | ) | |

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Dawn Gropp, certify that service of the Plan was made on April 16, 2026, by:

Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Goodleap, LLC
Attn: Officer
160 Mine Lake Ct Ste. 200
Raleigh, NC 27615-6417

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:   4/16/2026          Signature: /s/Dawn Gropp